CASPER SCHUSTER and MARY SCHUSTER, Plaintiffs, v. ERIE RAILROAD COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDWARD OLDMAN and Another, Respondents, v. OLAF W. PETERSEN, Appellant.— Appellant's time for service of printed papers extended until April fifth. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ROBERT R. VICTOR, Appellant, v. SINGER SEWING MACHINE COMPANY, Respondent.— Motion granted, and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

CHARLOTTE McDOUGALL, Appellant, v. CHARLES D. ZACHER and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

WILLIAM McDOUGALL, Appellant, v. CHARLES D. ZACHER and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

CATHERINE COLLINS, Respondent, v. MATTHEW J. HUDSON, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

JOHN MURRAY, Respondent, v. WILLIAM J. SCHWAB and Another, Individually and as Copartners, etc., Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers and printed briefs on appeal in time for argument at opening of May term. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

HARRISON L. WALTER, Respondent, v. WILLIAM H. CAMPBELL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MICHAEL ZORNICK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, and JOHN MARKOWSKI, Defendant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

FRANK SCHULZE, as Administrator, etc., of LIBBIE SCHULZE, Appellant, v. BUFFALO AND ERIE RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

UTICA NATIONAL BANK AND TRUST COMPANY, as Administrator, etc., of RAYMOND C. MAYS, Deceased, Respondent, v. GEORGE H. NICKEL, Defendant, and PIETRO DE MARCO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WILLIAM N. FAIRCHILD, as Executor, etc., of NEWTON FAIRCHILD, Deceased, Appellant, v. JOHN REVOIR, JR., and Others, Respondents.— Judgment modified by striking out the allowance of costs to the defendant Hallock, awarded in the judgment, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.